further duties in the matter. See, also, 160 App. Div. 521, 145 N. Y. Supp. 557.

WISNIEWSKY, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Mary Wisniewsky, as administratrix, etc., of John Wisniewsky, deceased, against Edward C. Smith. No opinion. Order affirmed, without costs.

WITTGREN, Appellant, v. WELLS BROS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Action by Elsa Wittgren, as administratrix, etc., of Nies Bernhard Wittgren, deceased, against the Wells Bros. Company of New York. No opinion. Judgment and order unanimously affirmed on reargument, with costs, on the authority of Wittgren v. Wells Bros. Co., 141 App. Div. 693, 126 N. Y. Supp. 896; 149 App. Div. 961, 134 N. Y. Supp. 1150. See, also, 144 N. Y. Supp. 1150, 1151; 146 N. Y. Supp. 1119.

WITTGREN, Appellant, v. WELLS BROS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Elsa Wittgren, as administratrix, etc., of Nies Bernhard Wittgren, deceased, against the Wells Bros. Company of New York. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1119.

WOLFE v. MACK. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Moses Wolfe against James F. Mack. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1150.

WOODCOCK, Respondent, v. TAYLOR, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Daniel Woodcock against Arthur J. Taylor, impleaded. J. V. Judge, of New York City, for appellant. M. M. Menken, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 N. Y. Supp. 1150.

WULFF, Respondent, v. ROSEVILLE TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Richard J. Wulff against the Roseville Trust Company. R. C. Durland, of New York City, for appellant. G. W. Study, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ZIGLER, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Major Zigler against the Holbrook, Cabot & Rollins Corporation. B. Patterson, of New York City, for appellant. H. Gottlieb, of New York City, for respondent. No opinion. Order modified, by reducing the condition upon which the defendant was permitted to amend the answer to the payment of $10 motion costs, and, as so modified, affirmed, without costs. Settle order on notice.

In re ZIRINSKY. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) In the matter of David Zirinsky, an attorney.

PER CURIAM. The malpractice in swearing to, and submitting for taxation, a false and excessive bill of costs, and verifying the same by the affidavit of the attorney, is a serious offense. Matter of Mashbir, 44 App. Div. 632, 60 N. Y. Supp. 451. In order that the actual disbursements incurred may be properly shown by vouchers and other proofs, and the matter be duly subjected to investigation, it is ordered that the charges herein be referred to Hon. Josiah T. Marean, official referee, to take proof as to the proceedings in the action of Lipsitz v. Beere, and to report, with his opinion thereon, to this court.

END OF CASES IN VOL. 146

\*